**STATEMENT OF OFFENSE**

1.      Members of the Metropolitan Police Department ("MPD"), and federal law enforcement partners are investigating a shooting that injured a United States Park Police ("USPP") Officer on March 23, 2026.

**Background**

2.      On March 23, 2026, ShotSpotter detected the sound of approximately nine (9) fired rounds at 19:30:51 hours, in the vicinity of the corner of Queens Stroll Place SE and 51st Street SE, Washington, D.C.  ShotSpotter then detected the sound of approximately nineteen (19) fired rounds in the vicinity of ███████████████████ at 19:31:02 hours.  Your affiant listened to the audio recordings from both ShotSpotter sound detections.  Unlike the nine-round detection, it's difficult to tell individual shots apart in the audio of the nineteen-round activation. The audio of the nineteen-round activation sounds consistent with several bursts of automatic gunfire.

3.      An emergency call for an officer in urgent need of assistance was dispatched in the MPD Sixth District radio zone and members of USPP, MPD, and multiple federal agencies responded.  Members of law enforcement learned that the Complainant (a sworn member of the USPP) was shot in the left shoulder area and had been transported to Medstar-Washington Hospital Center for treatment.

4.      At approximately 21:17 hours, members of the joint MPD/Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") NIBIN Investigations Unit were called back into the city and directed to respond to the scene and assume primary responsibility for the investigation, and your affiant became the lead investigator.  Due to the fact that your affiant was not present during the initial hours of the investigation, much of the following information is based on verbal and written statements from other members of law enforcement.

1

5.      The scene consists of two main components.  Your affiant viewed the primary scene which involved ██████████████████ and the street in front of the house and to the east and west.  Numerous shell casings were located in the street area.  Members of the Department of Forensic Sciences ("DFS") arrived, photographed and scanned the scene, and recovered shell casings and other physical evidence.  Your affiant was advised that twenty-three (23) .300 Blackout shell casings (typically associated as a rifle-caliber round) were recovered and nine (9) 9mm casings were recovered.  Four casings of each caliber were sterile collected.

6.      Your affiant also observed that there was one hole consistent with damage caused by gunfire in each of two vehicles, a black Ford Expedition with DC tags EP6480 and a black Ford Fusion.  Both vehicles were parked on the south side of the block towards the east.  Both vehicles were towed to DFS in anticipation of the obtainment of search warrants to conduct processing.

7.      Your affiant learned, after speaking with members of law enforcement, that during the initial police response to the area of the offense, officers conducted a canvass of the areas surrounding the rear of ██████████████████ to include the neighboring backyards and the alley.  Officers were canvassing for potential suspects and/or evidence left by the suspects.  During the search, an at this time unknown federal officer[1] and MPD Officer Conner Johnson located a black backpack wedged in between the rear fence of ██████████████████████ and a fence leading to the rear alley.  Officer Alston was able to hand the bag to Officer Johnson, who opened it and located a rifle-style firearm.  The bag was placed down in the backyard area of ██████████████████.  Law enforcement held the bag in anticipation of the obtainment of a search warrant for the entire property known as ██████████████████.

---

[1] Law enforcement has imagery of this federal officer, and is working to obtain his identifying information.

8.      Your affiant also learned that at approximately 19:51 hours, members of law enforcement cleared ██████████████████ and continued to hold the location in anticipation of a search warrant.

9.      The secondary part of the scene was the location to which the Complainant drove his unmarked white Tesla Model Y.  Detective Talley responded to that location, at Benning Road and Hillside Road SE and observed the vehicle with damage in multiple areas consistent with that which is caused by gunfire, to include the rear bumper and trunk, the rear driver's door and window, and the driver's door.

10.      Investigators observed that an MPD crime camera was located at 51st and Queens Stroll Place SE.  Detective Talley conducted a preliminary review of the MPD crime camera, and the following was learned.  The camera footage provided begins at 19:29 hours and ends at 19:35 hours.  The footage is of good quality, however the offense occurs at a distance.  Prior to the offense, there appears to be a subject wearing a black jacket or sweatshirt with a white stripe down both sleeves and black pants with a white stripe down both pant legs standing in front of ███████████████.  This individual was subsequently identified as Darren FOSTER, ████████████████████, and will be referred to as such going forward.[2]

---

[2] This identification is based on other evidence obtained in the investigation and is not solely based on the video being discussed.



*Figure 1: Still image from surveillance video of the individual wearing a black jacket or sweatshirt with a white stripe down both sleeves and black pants with a white stripe down both pant legs (subsequently identified as Darren FOSTER) standing in front of* ███████████ ████████████.

11. It should be noted that, from the perspective of the MPD crime camera, the front door to ███████████████████ is obstructed by the neighboring house. A few seconds later, another subject emerges from the area of the front door of ████████████████████ wearing what appears to be a reddish/brownish in color jacket or sweatshirt and reddish/brownish pants.

12. A dark colored vehicle later confirmed to be the Suspect Vehicle, discussed *infra* at *para.* 28, arrives and parks on the opposite side of the street. Another subject, later learned to be Witness 1, emerges from the driver's side of the vehicle. Witness 1 begins to cross the street walking in the direction of ████████████████.

4



*Figure 2: Still image of Surveillance Video of the Suspect Vehicle parked across from front of 5046 Queens Stroll Place SE.*

13.     As Witness 1 is on the sidewalk in front of 5046 Queens Stroll Place SE, Darren FOSTER walks towards the middle of the street. As Darren FOSTER is walking in the middle of the street, a white Tesla drives eastbound in the block.  Darren FOSTER still in the middle of the street and takes a shooting stance while pointing in the direction of the fleeing Tesla. Darren FOSTER has his arms extended and a light consistent with a muzzle flash is seen emanating from the end of Darren FOSTER's hands.



*Figure 3: Still image of surveillance video of subject in the black jacket with stripes (subsequently identified as Darren Foster) in a shooting stance firing what appears to be a firearm.*

14.    Simultaneously, another subject wearing a white or light colored hoodie emerges from the passenger side area of the Suspect Vehicle and walks towards the Tesla as it is approaching the area in front of 5046 Queens Stroll Place SE. The white Tesla swerves around this subject as it appears this subject attempts to kick the vehicle. This subject was subsequently

identified as Asheile FOSTER, ██████████████████████ and will be referred to as such going forward.[3]

15.    Immediately after the white Tesla passes Darren and Asheile FOSTER, the Asheile FOSTER crosses the street behind Darren FOSTER. As the white Tesla leaves the camera frame, the subject wearing the reddish/brownish clothing appears to produce what appears to be a rifle-style firearm. The subject in the reddish/brownish clothing appears to point the firearm in the direction of the Tesla but does not appear to fire it.



*Figure 4: Still image of surveillance video of subject in the reddish/brownish clothing holding what appears to be rifle-style firearm.*

---

[3] This identification is based on other evidence obtained in the investigation and is not solely based on the video being discussed.

16.    The subject in the reddish/brownish clothing retreats to the sidewalk and approaches Asheile FOSTER.  Asheile FOSTER takes the firearm from the subject in the reddish/brownish clothing.



*Figure 5: Subject in white hoodie (subsequently identified as Asheile FOSTER) taking possession of rifle-style firearm from subject in the reddish/brownish clothing.*



*Figure 6: Subject in white hoodie (subsequently identified as Asheile FOSTER) in possession of rifle-style firearm.*

17.    Asheile FOSTER, now in possession of the firearm, appears to take a shooting stance with the firearm, with both arms extended in the direction of the Tesla.  Small puffs of smoke are seen emanating from the area of Asheile FOSTER's hands consistent with a firearm being fired.  It should be noted that numerous expended shell casings were later recovered from the described area, to include .300 blackout casings which are typically fired from rifle-style firearms.



*Figure 7: Subject in white hoodie (subsequently identified as Asheile FOSTER) in shooting stance holding what appears to be a rifle-style weapon.*

18.     After the shots are fired, all of the above mentioned subjects walk towards the direction of the front door of ███████████████████. As mentioned previously, the front door to ████████████████████ is obstructed by the neighboring home. See below for reference.



Figure 9: Subjects, including *Asheile FOSTER (left) and Darren FOSTER (right)* walking towards the direction of the front door of ████████████████

19.    Your affiant learned that these events occurred during the course of USPP conducting surveillance on a person of interest relating to a shooting which occurred on March 20, 2026, in the District of Columbia.  That shooting is being investigated by USPP.  Law enforcement recovered surveillance video from the shooting that occurred on March 20.  Based on that review, a USPP detective recognized a person of interest in the investigation to be Asheile FOSTER, ████ ████████████████████████, whom he knows from patrolling the area of Parkland SE DC.

20.    On March 22, 2026, members of USPP, including the Complainant, Detective Lentine, and Investigator Rice, arrested Asheile FOSTER for Distribution of a Controlled Substance and Possession of a Controlled substance in the area of 2921 Martin Luther King Jr.

Ave SE.  On March 23, 2026, Asheile FOSTER was released in 2026 CF2 004328 to Pretrial Services Agency personal recognizance supervision.

21.    Your affiant learned the following from USPP Investigator Rice.  On March 23, 2026, at approximately 19:31 hours, members of the United States Park Police Major Crimes Unit ("MCU") were conducting surveillance on Asheile FOSTER, who had just departed the US Park Police Anacostia Operations Facility after retrieving personal property stemming from his arrest the previous day.  Investigator Rice observed Asheile FOSTER was wearing a light cream-colored hoodie sweatshirt with black writing/markings, faded blue jeans and black shoes. Asheile FOSTER left the facility in a black Ford Fusion bearing a District of Columbia license plate. The vehicle was being operated by Witness 1, a family member of FOSTER.



Figure 10: Still image of Asheile FOSTER at the US Park Police Anacostia Operations Facility wearing a white hoodie.

12



*Figure 11: Side by side comparison of Asheile FOSTER on scene of shooting (left) and Asheile FOSTER at US Park Police Station before shooting (right).*

22.    MCU personnel followed FOSTER and the driver to Queens Stroll Place SE. The Complainant was driving the lead surveillance vehicle at the time. The Complainant was operating an unmarked Tesla Model Y. Moments later, the Complainant transmitted over the radio, stating "shots fired", followed by an additional transmission indicating "I'm hit but I am good" or words to that effect. Investigator Rice heard gunshots coming from the 5000 block of Queens Stroll Place SE at the same time as he was turning on Queens Stroll Place SE from Benning Road SE.

23.    Upon hearing the radio traffic and sounds of gunshots, Investigator Rice responded immediately to ██████████████████, a known location associated with Asheile FOSTER. As Investigator Rice arrived, two black males wearing dark clothing, along with Asheile FOSTER, who was wearing the same clothing as when he retrieved his property, and Witness 1, were observed running toward the residence at ████████████████. Investigator Rice moved to the rear of the residence to determine whether any individuals fled

13

out the back but observed no movement.  Investigator Rice then returned to the front to begin securing the scene.

24.    Investigator Rice ordered the occupants out of the residence.  Witness 1 was detained, along with two black males matching the height and weight of the individuals observed fleeing from the scene. One of the males, later identified as Darren FOSTER, ███████████ ████████████, was observed changing his clothing and acting as though no incident had occurred, further raising investigative suspicion.  All subjects were detained and separated for investigative purposes.

25.    Investigator Rice began securing the crime scene and directed officers to recover and secure an AR-15-style firearm located in a black backpack (referenced *supra*) behind the residence, as well as shell casings located in the street.  Investigator Rice also directed officers to conduct a protective sweep inside the residence due to exigent circumstances arising from a witness's observations and Investigator Rice's own observations leading him to conclude that individuals ran into the home immediately following the shooting incident.

26.    After the incident occurred, Investigator Rice reviewed the available camera footage (discussed more fully *infra*). Upon review, Investigator Rice observed that Asheile FOSTER appear to discharge a rifle-style firearm outside of ██████████████████ and then fled toward the residence.  Investigator Rice observed Asheile FOSTER retrieve the rifle-style firearm from one of the males wearing dark colored clothing and appear to fire the weapon in the direction of the Complainant.  Investigator Rice also confirmed the subject running into the residence from the Ford Fusion parked on the opposite side of the street (Witness 1) was the same individual that was driving Asheile FOSTER around and was in the residence, as well as

two males wearing dark colored clothing who were involved in the incident and ran toward the residence.

27.    Detective Christopher Brady responded to Medstar-Washington Hospital Center where the Complainant was located inside Trauma Bay # 2, under the care of Dr. Shiflet. The Complainant was conscious and breathing but had suffered a gunshot wound to his left shoulder. There were two holes on the upper back side of the Complainant's shoulder, and one out of the front of the Complainant's shoulder. The Complainant was treated and was later released from the hospital on the same night as the shooting.

28.    The Complainant is an employee of the USPP and explained that on March 22, 2026 his unit had affected the arrest of an individual by the name of Asheile FOSTER, ███████ ████████████████████████████████████.

29.    On March 23, 2026, FOSTER came to the Anacostia Park Police Station to recover some of his personal property which was held during his arrest. The Complainant said that he wanted to attempt to locate an address for FOSTER so that a search warrant could be prepared.

30.    The Complainant said that he and other members of USPP followed FOSTER who was the passenger in what the Complainant described as a black Taurus or Escort ("the Suspect Vehicle").  Inside the vehicle there was only one other individual, the driver.  The Complainant said he was operating an unmarked White Tesla.

31.    The Complainant said he followed the vehicle onto Interstate 295 north bound, the Suspect Vehicle then exited and went towards the First District across Pennsylvania Avenue, making a right turn northbound on what is believed to be 17th Street, NE. The Complainant said that he recalls passing by the DC Jail, then traveling east bound on East Capitol Street, NE.  The

Suspect Vehicle then made a right turn onto Benning Rd and turned towards Simple City, then Benning Rd towards 50th Street, NE.

32.     The Complainant recalls being on Queens Stroll Place SE somewhere between 51 Street SE & 53rd Street SE when the black vehicle came to a stop on the side of the road. The driver, who the Complainant believed to be a female, ran towards a parked tan/cream in color SUV, possibly a suburban.  The Complainant said that in front of the tan/cream SUV was a heavy set black male wearing a light in color jumpsuit, and adjacent to the rear passenger door of the SUV was an additional black male with no clothing description provided.

33.     FOSTER then ran out into the road in front of the Complainant's vehicle and began banging on the hood of the white Tesla an attempt to stop the Complainant's vehicle from passing. The Complainant said he took off swerving around FOSTER and it was at this time that he heard a significant number of gunshots, and was hit by gunfire.  The Complainant said he believed the gun being shot may have had an automatic conversion switch due to the rapid fire. The Complainant said that he was not able to see who fired at his vehicle.

34.     The Complainant was subsequently located and transported to the hospital via helicopter.

35.     Detective O'Bannon conducted an interview of Witness 1 on scene inside of an MPD 6th District police car.  Witness 1 explained details leading up to the shooting being investigated.

36.     According to Witness 1, they were asked by Asheile FOSTER for a ride to the USPP to pick up his property.  Witness 1 stated that they drove Asheile FOSTER to the police station from his residence at ███████████████████████   Once FOSTER's property was obtained from the police station, Witness 1 drove back in the direction of Asheile FOSTER's

residence of ███████████████████. According to Witness 1, while on I-295 northbound, they noticed a white Tesla following it and alerted Asheile FOSTER to the vehicle. Witness 1 stated that after they observed the Tesla following them, they began to drive towards ████ ███████████████████. Witness 1 stated that they observed some police vehicles on Benning Road and wanted to stop, but Asheile FOSTER stated "No [relationship redacted] don't stop."

37.    When Witness 1 arrived at the location, Witness 1 stated that they parked the vehicle and Asheile FOSTER exited the vehicle to confront the driver as to why they were following them. Witness 1 stated that as Witness 1 was walking towards the front of ██████████ ███████████, Witness 1 heard a large amount of gun shots. Witness 1 dropped to the ground until the shooting stopped.   After the shooting stopped, Witness 1 ran into the house. Detective O'Bannon asked where Asheile FOSTER was when the shots began. According to Witness 1, they did not know where he was and didn't see him run inside of the house.

38.    Witness 1 stated that they were escorted out of the house by police officers and federal agents.

39.    Witness 1 described the vehicle they were operating as a black Ford Fusion. Witness 1 does not live at ███████████████████.

40.    Around or just prior to 23:30 hours, your affiant and Detective Talley conducted an interview with ██████ █████████ █████ █████████, who had been stopped since approximately 19:51 hours. ███████████████ was handcuffed and seated in the front seat of police vehicle. ███████████████ was read his Miranda warnings but he was informed that he was not currently under arrest and that the detectives would like to speak to him to find out what happened. The interview was captured on USPP Officer DeGeorge's body-worn camera. The following is intended to provide a summary of the substance of the interview and it is not

17

intended to be a verbatim or transcribed account of the interview. It does not cover every topic discussed. For exact quotations and full context, refer to the recording on evidence.com. Note that at the time of the authoring of this statement, your affiant had not reviewed the USPP body-worn camera footage of the interview.

41.     ███████████ lives at ███████████████. ███████████ advised he was inside the house in the first bedroom on the left playing 2k (video games). ███████████ heard screaming and gunshots and Witness 1 came in the house crying. ███████████ estimated he heard approximately 6 shots. Witness 1 told ███████████ that Witness 1 went to get ███████████ brother's property at the station. ███████ was unable to provide any details on the shooter. ███████████ advised that Darren FOSTER might've been in his room upstairs and that the only people home were his sister and mother.

42.     The detectives observed that ███████████ had a phone in his pocket. ███████████ was given his consent warnings and provided consent to search his device for information about the shooting, though he claimed there would be no such information in the device. Your affiant photographed some recent text conversations and the call log, and pictures and videos were checked, but there was no immediately obvious evidence pertaining to the shooting. ███████████ was released and sent on his way.

43.     At the time of ███████████ interview, his clothing did not appear to match the clothing of any of the suspects. Based on below information, and inferences based thereon, your affiant believes that ███████████ is likely the individual described by Detective Talley as wearing reddish/brownish clothing.

44.     On March 24, 2026, at approximately 00:02 hours, your affiant and Detective Talley conducted an interview with Darren FOSTER, ███████████████████, who

had also been stopped since approximately 19:51 hours on March 23, 2026. Darren FOSTER was also handcuffed and seated in the front seat of a police vehicle. Darren FOSTER was read his Miranda warnings and he was also informed that he was not currently under arrest and that the detectives would like to speak to him to find out what happened. The interview was captured on USPP Officer Redslob's body-worn camera. The following is intended to provide a summary of the substance of the interview and it is not intended to be a verbatim or transcribed account of the interview. It does not cover every topic discussed. For exact quotations and full context, refer to the recording on evidence.com. Note that at the time of the authoring of this statement, your affiant had not reviewed the USPP body-worn camera footage of the interview.

45.    Darren FOSTER advised that he had just got home from work (at a school), and was about to prepare himself some food. Darren FOSTER lives at ███████████████████. Then Darren FOSTER received a call. He would not disclose from whom the call came. Based on the context of the information he received in the call, and what is known to law enforcement in this case, the call had to either originate from Asheile FOSTER or Witness 1. Darren FOSTER was informed that Darren FOSTER's family member was being followed and to come outside. Darren FOSTER went outside and ████████████████ was also present outside, although he couldn't specifically recall whether they came out of the house together (but they were both outside).

46.    Darren FOSTER advised that he observed Witness 1 arrive and he went into the street and attempted to investigate why the white Tesla was following Witness 1. Darren FOSTER advised that when he got in front of the vehicle in the road, he was unable to see who was driving because the vehicle had darkly tinted windows.

19

47.    Darren FOSTER advised that when he got close, suddenly the people in the white Tesla started shooting.  He wasn't sure how many shots he heard, but he estimated it to be 4-5 shots.  Darren FOSTER was asked how the Tesla actually shot (i.e. did one of the windows come down, etc.) and Darren FOSTER couldn't provide an explanation.  To your affiant's knowledge, no law enforcement officer involved in this investigation reported discharging his or her firearm, to include the Complainant.  After the Complainant was discharged from the hospital, a round count was conducted on the Complainant's duty pistol and there were no rounds found to be missing.  In other words, the Complainant's duty pistol was still fully loaded.  Darren FOSTER made sure Witness 1 was okay and Darren FOSTER and ▆▆▆▆▆▆▆ walked her into the house (▆▆▆▆▆▆▆).  Darren FOSTER advised that he saw Asheile FOSTER get out of Witness 1's vehicle, but did not see or otherwise know where he went.  Darren FOSTER denied having a firearm or shooting.  He also said he didn't see ▆▆▆▆▆▆▆ with a firearm either.

48.    Darren FOSTER was informed about the existence of the MPD crime camera footage.  Detective Talley then played the MPD crime camera footage for Darren FOSTER from his phone.  Darren FOSTER and the detectives agreed that it showed him going out into the road attempting to confront the Tesla.  Detective Talley then informed Darren FOSTER that he left out one important part.  Detective Talley then zoomed in on the footage and showed Darren FOSTER where a muzzle flash appeared to be coming from Darren FOSTER, consistent with firing a gun in the direction of the white Tesla.  Darren FOSTER then claimed that this was actually not him in the footage.  Note that during the review of the surveillance footage discussed *supra*, there are four total subjects referenced (in addition to the white Tesla).  Only two individuals enter the street and appear to approach or confront the Tesla.  Law enforcement was

20

specifically following one of them—Asheile FOSTER—and knows that he did not come from the residence or from outside the residence. As a consequence, the account provided by Darren FOSTER is consistent with the individual discussed wearing a black jacket with stripes who takes a shooting stance while pointing in the direction of the fleeing Tesla.

49. As a consequence, and in combination with the other evidence described, Darren FOSTER was placed under arrest for his role in firing at the Complainant.

50. At the time of Darren FOSTER's arrest, his clothing (jacket and pants) did not appear to match the dark clothing with stripes which was worn at the time of the event. Your affiant is unable to conclusively tell whether the shoes Darren FOSTER was wearing are or are not the same as the ones worn during the shooting.

51. On March 24, 2026, at approximately 06:30 hours, although the residence had been checked and cleared by law enforcement, and members of law enforcement were stationed outside, without being prompted, Asheile FOSTER exited the front of ███████████████ ██ and was placed under arrest for his role in firing at the Complainant. Asheile FOSTER was not wearing the same clothing from the event when he exited the residence.

**Execution of Emergency Residential Search Warrant of** ███████████████████

52. On March 24, 2026, Detective McCarthy obtained a residential search warrant from the Superior Court of the District of Columbia for ███████████████████. On the same date, at approximately 13:58 hours, members of MPD, ATF, and USPP executed the search warrant at ███████████████████. No additional persons were located in the residence. A search of the aforementioned backpack in the rear of the residence revealed a Diamondback DB-15 (marked "Cal. Multi") AR-15-style rifle with no stock. The DB-15 had 15 rounds of .300 blackout caliber ammunition in the magazine and one round in the chamber.

53.    A search of the attic revealed a Glock 19, 9mm pistol with a magazine which extended beyond the bottom of the magazine well. The Glock 19 was loaded with 17 rounds of 9mm ammunition in the magazine and one round in the chamber.

54.    In addition to other items of evidence, law enforcement also recovered an AR-15 style apparent 3d printed lower receiver from the first floor bedroom. Law enforcement also located multiple firearms magazines, additional ammunition of multiple calibers (including 9mm and .300 blackout), as well as clothing which appeared to match the clothing worn by the individual identified as Darren FOSTER, and a hooded sweatshirt similar to the one which appears to have been worn by Asheile FOSTER while collecting his property from USPP and during the offense, as well as various pieces of indicia of occupancy.

55.    Within the hooded sweatshirt similar to the one which appears to have been worn by Asheile FOSTER, law enforcement recovered an arrest bracelet with Asheile FOSTER's name and associated identifiers on it.



*Figure 12: Hooded sweatshirt recovered by law enforcement similar to the one which appears to have been worn by Asheile FOSTER while collecting his property from USPP.*



*Figure 13: Diamondback DB-15 (marked "Cal. Multi") AR-15-style rifle recovered from backpack at rear of residence.*



*Figure 14: Glock 19, 9mm pistol with a magazine recovered from attic of residence.*

**Conclusion**

56.    Your affiant submits that based on the investigation discussed above, there is sufficient evidence to find that Darren FOSTER and Asheile FOSTER were involved in the shooting of the Complainant on March 23, 2026, in violation of 18 U.S.C. §§ 111(a)(1), (b) (Assault on a Federal Officer) and 22 DC Code §§ 401, 4502 (Assault With Intent to Kill While Armed), 4504 (Possession of a Firearm During a Crime of Violence), 404.01, 4502 (Aggravated Assault While Armed), and 402 (Assault with a Dangerous Weapon).  This is based on your affiant's review of surveillance video of the offense, as well as statements provided by other law enforcement officers, including officers of the United States Park Police, the statements of Darren FOSTER, and evidence recovered during the execution of a residential search warrant. Accordingly, for the reasons discussed above, your affiant submits there is probable cause to believe that Darren FOSTER and Asheile FOSTER violated 18 U.S.C. §§ 111(a)(1), (b) and 22 DC Code §§ 401, 4502, 4504, 404.01, 4502 and 402.

Respectfully submitted,

_____

Affiant
Detective/TFO Brian McCarthy
Badge Number D1-1214
Metropolitan Police Department
ATF NIBIN Taskforce

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on March 25, 2026.

_____

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE