**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 26-mj-62 (MAU)** |
| **v.** | : | |
| | : | |
| **ASHEILE FOSTER et al,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Gauri Gopal, who may be contacted by telephone on 202-730-6624 or e-mail at Gauri.Gopal@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ *Gauri Gopal*
Gauri Gopal
PA Bar No. 306718
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-730-6624
Gauri.Gopal@usdoj.gov