AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

FID 11938848

**RECEIVED**

By USMS  District of Columbia District Court at 12:03 pm, Mar 25, 2026

United States of America

v.

)
)
)
)
)
)
)

Ashelie Foster

*Defendant*

Case: 1:26-mj-00062
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 3/25/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Ashelie Foster                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 USC 111(a)(1), (b) – Assault on a Federal Officer; 22 DC Code §§ 401, 4502 (Assault With Intent to Kill
While Armed), 4504 (Possession of a Firearm During a Crime of Violence); 22 DC Code 404.01, 4502
(Aggravated Assault While Armed), 4504 (Possession of a Firearm During a Crime of Violence); 22 D.C. Code
402 (Assault with a Dangerous Weapon), 4504 (Possession of a Firearm During a Crime of Violence)

Date: _____03/25/2026_____

_____
*Issuing officer's signature*

City and state:        Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/25/2026  , and the person was arrested on *(date)*  3/25/2026 at *(city and state)*  Washington DC  . |
| Date: 3/25/2026 |

_____
*Arresting officer's signature*

Kaylen Brute, Deputy United States marshal
*Printed name and title*